WILLIAM LARSCY, Respondent, *v.* T. HOGAN & SONS, INC., Appellant.

(Submitted February 24, 1925; decided March 3, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 239 N. Y. 298.)